**Order entered October 25, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00493-CV

## IN RE: THE EPISCOPAL SCHOOL OF DALLAS, INC., MEREDYTH COLE, JEFFREY LABA, AND DONNA HULL, Relators

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-04152

## ORDER

Before us is Relators' Motion to Modify Relief.

Real Parties in Interest are **ORDERED** to file a response to Relators' Motion to Modify Relief by 12:00 noon on Monday, October 30, 2017.

The trial court's October 26, 2017 deadline to issue written orders vacating its April 24, 2017 order denying the plea to the jurisdiction, granting relators' plea to the jurisdiction, and dismissing the case is extended to November 15, 2017, and the trial court's deadline for filing a certified copy of order(s) issued in compliance with this order is extended to November 30, 2017.

/s/    BILL WHITEHILL
        JUSTICE